IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **TIFFANY PENTON,** | ) |
| | ) |
| *Plaintiff,* | ) |
| vs. | ) Case No.  18-cv-1385-RJD |
| | ) |
| **STEVEN SHAER KHOSHABA, et al.,** | ) |
| | ) |
| *Defendants.* | ) |

## ORDER FOR AND NOTICE OF SETTLEMENT CONFERENCE

**TO ALL PARTIES AND COUNSEL OF RECORD:**

A second settlement conference in the above case is set before the Honorable Reona J. Daly, U.S. Magistrate Judge, via video, on **August 24, 2021 at 9:30 a.m.** If the parties would like to update their settlement conference statements, they may send their updated statements *ex parte* to **RJDpd@ilsd.uscourts.gov on or before August 17, 2021.** **S**ettlement statements are **NOT** to be electronically or manually filed with the U.S. Clerk's Office as they are not part of the official court record. Neither the settlement statement nor the contents thereof shall be disclosed to any other party and will be read only by the Court. Pertinent evidence to be offered at trial, documents or otherwise, should be available for presentation at the settlement conference if thought particularly relevant.

Neither the settlement conference statements nor communications during the settlement conference with the judge can be used by either party in the trial of this case.

In the case of corporate parties, associations or other entities, and insurance carriers, a representative executive with <u>unrestricted authority</u> to discuss, consider, propose and agree, or disagree, to any settlement proposal or offer <u>shall also be</u> <u>present</u>.

In the event settlement authority delegated to any defense representative appearing at the settlement conference has been set by a committee and such authority may not be unilaterally exceeded in any amount by the representative designated to attend the settlement conference, then the entire committee must be fully identified in the defense

settlement statement (name, position, work address for each member) AND the entire committee or a quorum thereof empowered to enter into any agreement to settle the case MUST attend the settlement conference. Failure to follow this directive may result in a re-scheduled settlement conference AND payment of attorney's fees, expenses and other costs incurred by any other party during preparation for the settlement conference and attendance at the conference. Additional sanctions may be appropriate.

IF ANY PARTY BELIEVES THAT THE SETTLEMENT CONFERENCE WOULD BE FUTILE, THEN THAT PARTY SHALL CONTACT THE COURT NOT LATER THAN SEVENTY-TWO HOURS PRECEDING THE SCHEDULED SETTLEMENT CONFERENCE.

IT IS SO ORDERED.

DATED: August 5, 2021

*s/ Reona J. Daly*
**HON. REONA J. DALY**
**UNITED STATES MAGISTRATE JUDGE**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

|  |  |  |
|---|---|---|
| **Plaintiff(s),** | ) ) ) | |
| vs. | ) ) ) | CASE NO. |
| **Defendant(s).** | ) ) | |

**SETTLEMENT STATEMENT OF**
_____, ATTORNEY FOR _____

This Settlement Statement is submitted *ex parte* pursuant to Order of the Court and shall not become a part of the official court file. Neither this statement nor communication during the settlement conference with the settlement judge can be used by any party in the trial of the case. This statement should not exceed five (5) pages in length.

Your position or interpretation of the factual issues:

Your position as to the issues of law:

Name of Trial Attorney:

Name of person(s) with ultimate settlement authority who will be present at the Settlement Conference. If insurance is involved, include name of carrier and name of its representative with unrestricted authority:

Nature of relief requested:

Nature and extent of injuries, if applicable:

Outline of your discovery plan including your estimate of the total number of depositions you expect to take:

Nature and extent of discovery completed to date:

Your estimate of the total expenses to your client to the present and through trial including (a) legal fees, (b) travel expenses, (c) expert witness fees and expenses, (d) cost of deposition transcripts, (e) witness fees, and (f) any other foreseeable miscellaneous expenses:

Summarize settlement discussions you have had with opposing party including demands and offers:

Date of last settlement discussion:

DATED:

_____
Responsible Attorney