IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TIFFANY PENTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 18-cv-1385-RJD |
| ) | |
| STEVEN SHAER KHOSHABA and METRO ) | |
| PARCEL FREIGHT, INC., ) | |
| ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| AMCO INS. CO., ) | |
| ) | |
| Intervenor. ) | |

## MINUTES OF SETTLEMENT CONFERENCE

**DATE:** August 24, 2021     **TIME:** 9:30 a.m.

**PLACE:**   U.S. Courthouse, Benton, Illinois (via videoconference)

**PRESENT:**   Honorable Reona J. Daly, U. S. Magistrate Judge

COUNSEL FOR PLAINTIFF: _Mark Prince, Todd Bresney_

COUNSEL FOR DEFENDANT: _Justin Dobeck_

COUNSEL FOR INTERVENOR: _Brett Tischler_

**PROCEEDINGS:**   Settlement Conference     In-Court Hours: _6.0_ .

✓ CASE SETTLED     ___ CASE DID NOT SETTLE     ___ CONF. CONTINUED

   ✓ Order of Dismissal to enter.   ✓ 60 day   ___ 90 day   ___ 120 day

__✓__  Terms of settlement read into the record.   Reporter, __Liberty__.

_____  Another Settlement Conference will be scheduled at a later date

_____  Other: _____