IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TIFFANY PENTON,                )<br>                                               )<br>    Plaintiff,                        )<br>                                               )<br>    v.                                   )<br>                                               )<br>STEVEN SHAER KHOSHABA and METRO )<br>PARCEL FREIGHT, INC.,      )<br>                                               )<br>    Defendants,                   )<br>                                               )<br>    and                                )<br>                                               )<br>AMCO INS. CO.,                  )<br>                                               )<br>    Intervenor.                     ) | Case No. 18-cv-1385-RJD |

## ORDER

**DALY, Magistrate Judge:**

The parties advise that this action is settled in its entirety, but that additional time is needed to finalize settlement documents. Accordingly, the undersigned hereby directs the Clerk of Court, 60 days after entry of this Order, to enter judgment of dismissal with prejudice. Each party shall bear its own costs, unless otherwise provided in the settlement documents. If the parties fail to finalize the settlement within the 60-day period, they may – before the period expires – move to postpone entry of judgment to a later date. Further, in light of the parties' settlement, the Court hereby VACATES all pending deadlines and hearings.

**IT IS SO ORDERED.**

**DATED:   August 26, 2021**

*s/ Reona J. Daly*
**Hon. Reona J. Daly**
**United States Magistrate Judge**